DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**HERIBERTO CENTENO, JR.,**
Appellant,

v.

**DEPARTMENT OF REVENUE CHILD SUPPORT PROGRAM** and
**MARIA THERESA CENTENO,**
Appellees.

No. 4D2025-0950

[October 23, 2025]

Appeal from the State of Florida, Department of Revenue; CSP Case No. 2001491013; Depository No. 50190700872CA; DOAH Case No. 24-004155CS.

Heriberto Centeno, Jr., Boca Raton, pro se.

James Uthmeier, Attorney General, Tallahassee, and Sarah C. Prieto, Assistant Attorney General, Fort Lauderdale, for appellee Department of Revenue.

PER CURIAM.

*Affirmed.*

CIKLIN, LEVINE and FORST, JJ., concur.

\*　　\*　　\*

***Not final until disposition of timely-filed motion for rehearing.***